**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jeffrey Lynn Chronister, Appellant.

Appellate Case No. 2014-002630

―――――――――

Appeal from York County
Lee S. Alford, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2017-UP-139
Submitted January 1, 2017 – Filed April 5, 2017

―――――――――

**AFFIRMED**

―――――――――

Jeffrey Lynn Chronister, pro se.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.

―――――――――

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Taylor*, 348 S.C. 152, 158, 558 S.E.2d 917, 919 (Ct. App. 2001) (providing in the criminal court, the only post-verdict fact-based remedy

available is a motion for a new trial under Rule 29, SCRCrimP), *aff'd*, 355 S.C. 392, 585 S.E.2d 303 (2003); Rule 29(a), SCRCrimP ("Except for motions for new trials based on after-discovered evidence, post-trial motions shall be made within ten (10) days after the imposition of the sentence."); Rule 29(b), SCRCrimP ("A motion for a new trial based on after-discovered evidence must be made within one (1) year after the date of actual discovery of the evidence by the defendant or after the date when the evidence could have been ascertained by the exercise of reasonable diligence."); *State v. Felder*, 290 S.C. 521, 522, 351 S.E.2d 852, 852 (1986) (finding post-conviction relief, rather than direct appeal, is the proper avenue for allegations of ineffective assistance of counsel).

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.